■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL RODRIGUEZ, Appellant. [675 NYS2d 531] —Judgment, Su-

preme Court, New York County (Jay Gold, J.), rendered February 21, 1997, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There was ample evidence of defendant's participation as a steerer in the drug transaction. We see no reason to disturb the court's credibility determinations. Concur—Ellerin, J. P., Tom, Mazzarelli and Saxe, JJ.